IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| FOUNDATION FOOD GROUP, INC.; PRIME-PAK FOODS, INC.; <br><br> Plaintiffs, <br><br> v. <br><br> SELECTIVE WAY INSURANCE COMPANY, <br><br> Defendant. | CASE NO. <br><br> 2:21-cv-00207-RWS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and through the undersigned counsel, Plaintiffs Foundation Food Group, Inc. and Prime-Pak Foods, Inc. voluntarily dismiss this action with prejudice, and the parties shall bear their own costs and expenses, including attorneys' fees. Accordingly, Plaintiffs ask the Court to instruct the Clerk to terminate all proceedings in this matter.

Respectfully submitted, this 3rd day of January, 2023.

/s/ *D. Austin Bersinger*
D. Austin Bersinger
Georgia Bar No. 144792
BARNES & THORNBURG LLP
3340 Peachtree Road NE, Suite 2900
Atlanta, Georgia 30326-1092
Tel. (404) 264-4082
Fax (404) 264-4033
Email: austin.bersinger@btlaw.com

*Attorneys for Plaintiffs Foundation Food Group, Inc. and Prime-Pak Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January 2023, I electronically filed the foregoing *Notice of Voluntary Dismissal with Prejudice* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Seslee S. Smith
Georgia Bar No. 663377
Morris, Manning & Martin, LLP
sss@mmmlaw.com

This 3rd day of January, 2023.

/s/ *D. Austin Bersinger*
D. Austin Bersinger
Georgia Bar No. 144792

*Attorneys for Plaintiffs*